**Order filed, August 26, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00676-CV**

_____

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH (UTMB), Appellant**

**V.**

**DEBBRA CLARKE, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0906**

## ORDER

The reporter's record in this case was due **August 05, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Dale Lee and Donna McGuire**, the court reporters, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM